IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF GEORGIA EX REL. LATASHIA HAWKINS, <br><br> PLAINTIFFS-RELATOR, <br><br> v. <br><br> OGCC BEHAVIORAL HEALTH SERVICES, INC.; SIGRID Y. ELSTON; CASSAUNDRA GRAY; AND DIONNE HUFFMAN, <br><br> DEFENDANTS. | Civil Action No. <br><br> No. 1:15-cv-4380-RWS <br><br> FILED UNDER SEAL |

**CONSENT JUDGMENT AND ORDER OF DISMISSAL**

WHEREAS, the United States of America (the "United States") and the State of Georgia (the "State") (collectively, the "Government Parties"); Latashia Hawkins (the "Relator"); and Dionne Huffman and OGCC Behavioral Health Services, Inc. (the "OGCC Defendants") have negotiated a settlement in the above-captioned case; and

WHEREAS, as part of the negotiated settlement, the OGCC Defendants, pursuant to Federal Rules of Civil Procedure 41 and 54, and by and through

1

counsel, have consented to the entry of judgment against them and in favor of the Government Parties, in the amount of $750,000, plus interest accrued on that amount pursuant to the Settlement Agreement, less any amount already paid pursuant to the Settlement Agreement, with respect to the claims on which the Government Parties have intervened and which are described in the Settlement Agreement (the "Covered Conduct"); and

WHEREAS, as part of that negotiated Settlement Agreement, in the event that the OGCC Defendants are in Default as defined in the Settlement Agreement, interest will accrue at a rate of 12% per annum compounded annually from the date of Default;

WHEREFORE, the Court finding no just reason for delay,

IT IS HEREBY ORDERED that a final judgment in this matter be entered in favor of the Government Parties against the OGCC Defendants in the amount of $750,000, plus interest accrued on that amount pursuant to the Settlement Agreement, less any amount already paid by the OGCC Defendants pursuant to the Settlement Agreement, with respect to the Covered Conduct;

IT IS FURTHER ORDERED that the OGCC Defendants shall pay to the Government Parties the sum of $750,000 plus interest pursuant to the terms of the Settlement Agreement;

IT IS FURTHER ORDERED that, in the event that the OGCC Defendants are in Default as defined in the Settlement Agreement, the OGCC Defendants will pay interest at a rate of 12% per annum compounded daily from the date of Default; and

IT IS FURTHER ORDERED that the claims asserted against the OGCC Defendants, except for those claims arising from the Covered Conduct and Relator's claims of Retaliation pursuant to 31 U.S.C. § 3730(h) and Ga. Code Ann. § 49-4-168.4 and Relator's claims for expenses, attorneys' fees, and costs pursuant to 31 U.S.C. § 3730(d), are dismissed without prejudice to the United States, without prejudice to the State, and with prejudice to Relator.

IT IS SO ORDERED this ___29th___ day of __March__, 2022.

_____
JUDGE RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

The undersigned for the Parties in this action consent to the entry of the foregoing judgment.

## THE UNITED STATES OF AMERICA

DATED: 2/8/2022  BY: _____
AUSTIN HALL
Assistant United States Attorney
Northern District of Georgia

## THE STATE OF GEORGIA

DATED: 1/26/2022   BY: _Marial L. Ellis, Esq._
                       Representative  Chief of Staff
                       Georgia Department of Community Health


DATED: 1/27/2022   BY: _Irvan Pearlberg / JHL—WCP_
                       IRVAN PEARLBERG
                       Deputy Attorney General
                       Georgia Department of Law


**DEFENDANT OGCC**

DATED: 1/14/2022   BY: _Dionne Huffman_
                       DIONNE HUFFMAN
                       Executive Director


DATED: _____  BY: _____
                       CHUCK DOUGLAS
                       Counsel for OGCC

### DEFENDANT HUFFMAN

DATED: 1/14/2022   BY: _____
                        DIONNE HUFFMAN

DATED: 1/14/22    BY: _____
                        CHUCK DOUGLAS
                        Counsel for Huffman

### RELATOR HAWKINS

DATED: _____   BY: _____
                        Latashia Hawkins

DATED: _____   BY: _____
                        Jason Marcus
                        Counsel for Hawkins

6

**DEFENDANT HUFFMAN**

DATED: 1/14/2022   BY: _____
DIONNE HUFFMAN

DATED: 1/14/22   BY: _____
CHUCK DOUGLAS
Counsel for Huffman

**RELATOR HAWKINS**

DATED: 1/19/2022   BY: _____
Latashia Hawkins

DATED: 1/19/2022   BY: _____
Jason Marcus
Counsel for Hawkins

6